# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| PHYSIQ, INC.[1] | Case No. 23-10102 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 1, 2023 AT 1:00 P.M. (ET)

### THIS IS A LIVE HEARING WITH LIMITED EXCEPTIONS
### PURSUANT TO THE JUDGE'S UPDATED CHAMBERS RULES

---

If authorized to attend via Zoom:

TOPIC: physIQ, Inc., Case No. 23-10102 (BLS)

When: March 1, 2023 at 1:00 p.m. Eastern Time (US and Canada)

Hearing participants must register in advance for this hearing via the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItfu2vqDgjErAF7BPNenDlCbp2RTSrb54

After registering, you will receive a confirmation email containing information about joining the meeting.

---

### CONTESTED MATTERS GOING FORWARD

1. Motion of the Debtor Pursuant to Sections 105, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 3; Filed 1/26/23]

    Related Documents:

    A) Interim Order Pursuant to Sections 105, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 29; Entered 1/31/23]

    B) Omnibus Notice of First Day Pleadings with Interim Orders and Final Hearing Thereon [Docket No. 30; Entered 2/2/23]

---

[1] The last four digits of the Debtor's federal tax identification number is 6980. The Debtor's address is 200 W. Jackson Blvd., Suite 550, Chicago, IL 60606.

| | |
|---|---|
| C) | [Proposed] Final Order Pursuant to Sections 105, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 72; Filed 2/20/23] |
| D) | Debtor's Reply in Support of Its Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 75; Filed 2/20/23] |
| E) | PhysIQ Lending Group, LLC's (A) Omnibus Response in Opposition to Scrapper Technology Funder LLC's (I) Motion to Dismiss the Chapter 11 Case and (II) Objection to the DIP Financing Motion and (B) Joinder to the Debtor's Objection and Responses [Docket No. 76; Filed 2/20/23] |
| F) | Redline of Proposed Order Pursuant to Sections 105, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (iv) Granting Related Relief [Docket No. 78; Filed 2/20/23] |

Response Deadline:    February 16, 2023 at 4:00 p.m.(ET); extended until February 21, 2023 at 10: a.m. (ET) for the United States Trustee and the Subchapter 5 Trustee

Responses Filed:

| | |
|---|---|
| 1) | Objection by Scrapper Technology Funder LLC to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 16; Filed 1/30/23] |
| 2) | Objection by Scrapper Technology Funder, LLC to Debtor's Motion for Final Order: (I) Authorizing Debtor to Obtain Postpetition Financing (II) Granting Liens, Security Interests and Superpriority Claims, and (III) Granting Related Relief [Docket No. 64; Filed 2/16/23] |
| 3) | United States Trustee's Objection to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing (II) Granting Liens, Security Interests and Superpriority Claims, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 79; Filed 2/20/23] |

61746613\1 3685145/00568667

      Status:      This matter is going forward.

2. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto; (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 4; Filed 1/26/23]

    Related Documents:

    A) Interim Order (1) Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees; (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 27; Entered 1/31/23]

    B) Omnibus Notice of First Day Pleadings with Interim Orders and Final Hearing Thereon [Docket No. 30; Entered 2/2/23]

    Response Deadline:   February 16, 2023 at 4:00 p.m.(ET)

    Responses Filed:

    1) Scrapper Technology Funder, LLC's Omnibus Objection to Debtor's Employee Wages Motion, Bank Accounts Motion and Claims Agent Retention Application [Docket No. 63; Filed 2/16/23

    Status:   This matter is going forward.

3. Debtor filed the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 5; Filed 1/26/23]

    Related Documents:

    A) Interim Order (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 28; Entered 1/31/23]

    B) Omnibus Notice of First Day Pleadings with Interim Orders and Final Hearing Thereon [Docket No. 30; Entered 2/2/23]

    Response Deadline:   February 16, 2023 at 4:00 p.m.(ET)

    Responses Filed:

1) Scrapper Technology Funder, LLC's Omnibus Objection to Debtor's Employee Wages Motion, Bank Accounts Motion and Claims Agent Retention Application [Docket No. 63; Filed 2/16/23]

Status: This matter is going forward.

4. Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 31; Filed 2/2/23]

Related Documents: None

Response Deadline: February 16, 2023 at 4:00 p.m.(ET)

Responses Filed:

1) Scrapper Technology Funder, LLC's Omnibus Objection to Debtor's Employee Wages Motion, Bank Accounts Motion and Claims Agent Retention Application [Docket No. 63; Filed 2/16/23]

Status: This matter is going forward.

Dated: February 27, 2023

**COZEN O'CONNOR**

/s/ Marla S. Benedek
Thomas J. Francella, Jr. (DE Bar No. 3835)
Marla S. Benedek (DE Bar No. 6638)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: tfrancella@cozen.com
E-mail: mbenedek@cozen.com

Robert M. Fishman (admitted *pro hac vice*)
Peter J. Roberts (admitted *pro hac vice*)
123 North Wacker Drive
Suite 1800
Chicago, IL  60606
Telephone: (312) 382-3100
E-mail: rfishman@cozen.com
E-mail: proberts@cozen.com

*Proposed Counsel to the Debtor*