IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIQ, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10102 (BLS)<br><br>**Ref. Docket No. 44** |

**CERTIFICATION OF COUNSEL REGARDING LENDING GROUP'S PROPOSED ORDER DISMISSING CHAPTER 11 CASE**

The undersigned counsel to PhysIQ Lending Group, LLC (the "Lending Group"), hereby certifies as follows:

1. On February 9, 2023, Scrapper Technology Funder LLC ("Scrapper") filed its *Motion to Dismiss the Debtor's Chapter 11 Case* [Docket No. 44] ("Motion to Dismiss") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2. On February 20, 2023, responses were filed to the Motion to Dismiss by: (i) the above-captioned debtor ("Debtor") [Docket No. 73]; (ii) the Office of the United States Trustee (the "UST") [Docket No. 74]; and (iii) the Lending Group [Docket No. 76].

3. On February 22, 2023, Scrapper filed a reply in support of their Motion to Dismiss [Docket No. 84].

4. A hearing on the Motion to Dismiss was held on February 22, 2023 (the "Hearing") at which the Court granted the Motion to Dismiss and requested that the parties agree upon and submit a proposed form of order. The parties have conferred and are unable to agree upon a proposed form of order.

5. The dispute centers around whether the dismissal order should presume that the Court may keep the case open to hear and determine certain unfiled motions seeking

substantive relief on a post-dismissal basis notwithstanding sections 349 and 364 of title 11 of the United States Code, the interim DIP financing order entered on January 31, 2023 [Docket No. 29], and Scrapper's failure to seek certain relief before dismissal. Other than the fee request of the Subchapter V Trustee, which is an administrative matter that squarely falls within the Court's post-dismissal clean-up jurisdiction, no other matter should be carved out from the scope of the dismissal order.

6. Attached hereto as **Exhibit A** is the Lending Group's proposed form of order (the "Proposed Order") granting the Motion to Dismiss. The Debtor also supports entry of this form of Proposed Order.

7. Accordingly, the Lending Group respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: March 7, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (Del. Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Facsimile: (302) 252-4330
Email: Ericka.Johnson@wbd-us.com

and

**FOLEY & LARDNER LLP**

Mark Radtke
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: mradtke@foley.com

and

Timothy C. Mohan
1400 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200
Email:  tmohan@foley.com

*Counsel to PhysIQ Lending Group, LLC*

WBD (US) 60780690v4